**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **TOMMIE DOPSON and** | : | |
| **ANGELA DOPSON,** | : | |
| | : | |
| **Plaintiffs,** | : | **CASE NO:** |
| **v.** | : | **7:25-cv-175–WLS** |
| | : | |
| **AUTO-OWNERS INSURANCE  COMPANY,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

By the Court's Initial Discovery Order/Rules 16 and 26 Order (Doc. 4) the Parties received notice that a discovery conference is scheduled in this matter for Tuesday, March 24, 2026, at 2:00 p.m. to be held by ZOOM. The Parties were instructed to prepare and submit a joint proposed scheduling/discovery order no later than March 17, 2026. They were further specifically instructed that the proposed order "*is to be e-mailed in word processing format to the Clerk's Office mailbox:* valdosta.ecf@gamd.uscourts.gov *[DO NOT E-FILE]*." (Doc. 4 at 2 (emphasis in original)). While the Parties provided a copy of their proposed order in word processing format to the Clerk's Office, contrary to the Court's instructions, they also filed a copy of the proposed order in the Record. (*See* Doc. 6).

Accordingly, the Clerk is **DIRECTED** to **STRIKE** the Parties' proposed order (Doc. 6) from the Record.

**SO ORDERED**, this 12th day of March 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1